UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULA DONALD,

    Plaintiff,

    v.

XANITOS, INC., et al.,

    Defendants.

Case No. 14-cv-05416-WHO

**ORDER TO SHOW CAUSE RE DISCOVERY SANCTIONS**

Re: Dkt. No. 47

On September 18, 2015, plaintiff submitted a two page letter describing both significant discovery disputes and defendants' failure to comply with my Standing Order for Civil Cases requiring the parties to submit a joint letter after reaching a discovery impasse following good faith meet and confer efforts. Dkt. No. 47. Inexplicably, defendants have failed to respond even to that letter.

Defendants are ordered to show cause why they should not be sanctioned for their non-compliance with my Standing Order and for their failure to produce the discovery identified in the letter that was apparently propounded as long as six months ago. Defendants shall file any declarations or other justification in response to this Order to Show Cause by noon on Friday, September 25, 2015. After I have reviewed that response, I will determine whether to allow a reply and whether a hearing is necessary.

**IT IS SO ORDERED**.

Dated: September 23, 2015



WILLIAM H. ORRICK
United States District Judge