HOFFMAN EMPLOYMENT LAWYERS
MICHAEL HOFFMAN (SBN 154481)
LEONARD EMMA (SBN 224483)
STEPHEN NOEL ILG (SBN 275599)
580 California Street, Suite 1600
San Francisco, CA 94104
Tel     (415) 362-1111
Fax     (415) 362-1112
Email: mhoffman@employment-lawyers.com
Email: lemma@employment-lawyers.com
Email: silg@employment-lawyers.com

Attorneys for Plaintiff PAULA DONALD

MARK POSARD   (SBN:  208790)
mposard@gordonrees.com
MOLLIE BURKS  (SBN:  222112)
mburks@gordonrees.com
SARA A. MOORE  (SBN:  294255)
smoore@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
XANITOS, INC.

Attorneys for Defendant XANITOS, INC.
and KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA DONALD, on behalf of herself, all others similarly situated, and the general public,<br><br>                    Plaintiff,<br><br>          vs.<br><br>XANITOS, INC., a Delaware corporation, KAISER FOUNDATION HOSPITALS, a California corporation, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 3:14-cv-05416-WHO<br><br>PUTATIVE CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CERTIFICATION TO COMPLETE MEDIATION** |

1    Pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern

2  District of California, the Parties to the above entitled action, Plaintiff PAULA DONALD

3  ("Plaintiff,"), Defendant XANITOS, INC. ("Xanitos"), and Defendant KAISER FOUNDATION

4  HOSPITALS ("Kaiser") (collectively referred to as the "Parties"), by and through their

5  undersigned counsel, enter into the following Stipulation:

6    WHEREAS, the Plaintiff and Defendant Xanitos have each diligently propounded and

7  responded to a first set of written discovery and are presently meeting and conferring regarding

8  responses as well as scheduling pre-certification depositions;

9    WHEREAS, the Parties met in person in San Francisco on October 12, 2015 and

10 successfully resolved all outstanding discovery disputes;

11    WHEREAS, as part of the negotiated resolution of the discovery disputes, the Parties

12 agreed to schedule a mediation by late 2015 or early 2016;

13    WHEREAS, the Parties were not able to secure a date with a mutually acceptable

14 mediator until March 2016;

15    WHEREAS, the Parties have agreed to mediation with well-known and respected

16 mediator Mark Rudy;

17    WHEREAS the earliest available date that Mr. Rudy had availability was March 24, 2016

18 and Defendant Xanitos' key decision-maker is not available on that date;

19    WHEREAS Mr. Rudy's next available dates include:  March 30, April 5, 6, 7, 19, 20 and

20 21, 2016;

21    WHEREAS, the Parties are currently working to confirm both client and counsel's

22 availability and intend to schedule mediation with Mr. Rudy on a mutually-agreeable date

23 between March 30 and April 21, 2016;

24    WHEREAS, the Parties agree it would be preferable to attempt to mediate before

25 expending the majority of resources involved in preparing the Motion for Class Certification and

26 related papers and, accordingly, the Parties would need to select a different mediator if the

27 current certification deadlines are maintained;

28

Joint Stip. and ORDER To Continue Certification Deadlines to Complete Mediation
*Donald v. Xanitos, Inc. et al.*

1    WHEREAS, the Parties represent that the prospect of mediating with an excellent,
2    experienced mediator and Mr. Rudy's reputation was instrumental in helping the parties resolve
3    several multifaceted discovery disputes;

4    WHEREAS, the Parties are working in good faith to resolve other outstanding issues and
5    anticipate that they will be able to reach a similar compromise with respect to more recent
6    discovery requests;

7    WHEREAS the Parties have met and conferred regarding a stipulation to modify the
8    schedule in light of the availability of their preferred mediators;

9    WHEREAS the only other modification to the case schedule thus far was a six (6) month
10   continuance of the certification deadlines (Dkt. 52) as a result of the delay in adding Defendant
11   KAISER FOUNDATION HOSPITALS which required litigation of an opposed Motion for
12   Leave to Amend;

13   WHEREAS, the parties agree it would be appropriate to continue the deadlines for
14   Plaintiff's Motion for Class Certification and Defendant's Opposition thereto for approximately
15   four (4) months to complete mediation and all necessary discovery prior to filing the Motion for
16   Class Certification;

17   NOW THEREFORE, the Parties stipulate to continue, for four (4) months, the deadlines
18   for Plaintiff's Motion for Class Certification and Defendant's Opposition thereto:

19       1.    Plaintiff's deadline to file a Motion for Class Certification is continued for
20   approximately four (4) months, to July 15, 2016.

21       2.    Deadline to file an Opposition to Plaintiff's Motion for Class Certification is
22   continued for approximately four (4) months, to August 1, 2016.

23

24

25

26

27

28

Joint Stip. and ORDER To Continue Certification Deadlines to Complete Mediation
*Donald v. Xanitos, Inc. et al.*

1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3 | DATED: October 19, 2015                          GORDON & REES LLP

4                                                                    */s/ Sara A. Moore*

5                                                            By _____

6                                                                    Mark Posard
                                                                     Mollie Burks
7                                                                    Sara Moore
                                                             Attorneys for Defendant
8                                                            XANITOS, INC. AND KAISER FOUNDATION
                                                             HOSPITALS, INC.
9

10

11

12 | DATED: October 19, 2015                         HOFFMAN EMPLOYMENT LAWYERS

13                                                                   */s/ Stephen Noel Ilg*

14                                                           BY_____

15                                                                   Michael Hoffman
                                                                     Leonard Emma
16                                                                   Stephen Noel Ilg

17                                                           Attorneys for Plaintiffs
                                                             PAULA DONALD *et al.*

18

19

20 |      I, Sara A. Moore, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that

21 | concurrence to the filing of this document has been obtained from each signatory.

22                                                           By:    */s/ Sara A. Moore*_____

23

24                                                           Attorneys for Defendant
                                                             XANITOS, INC. AND KAISER FOUNDATION
                                                             HOSPITALS, INC.

25

26

27

28

**<u>PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:</u>**

1.      Plaintiff's deadline to file a Motion for Class Certification is continued for approximately four (4) months, to July 15, 2016.

2.      Deadline to file an Opposition to Plaintiff's Motion for Class Certification is continued for approximately four (4) months, to August 1, 2016.

3.      Any reply shall be filed by August 15, 2016.

4.      The hearing is set for August 31, 2016 at 2 p.m.

5.      A further Case Management Conference is set for May 10, 2016 at 2 p.m.  A Joint Case Management Statement shall be filed on May 3, 2016.

I am concerned about the length of this delay, but am cognizant of the benefit that the mediation scheduled with Mr. Rudy may bring.  I should emphasize that I expect all of the discovery necessary to have an effective mediation to have been completed prior to mediation and that, given the lengthy extensions already granted, I do not foresee any further extension of the class certification schedule.

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____
United States District Judge

- 4 -