HOFFMAN EMPLOYMENT LAWYERS
MICHAEL HOFFMAN (SBN 154481)
LEONARD EMMA (SBN 224483)
STEPHEN NOEL ILG (SBN 275599)
580 California Street, Suite 1600
San Francisco, CA 94104
Tel     (415) 362-1111
Fax    (415) 362-1112
Email: mhoffman@employment-lawyers.com
Email: lemma@employment-lawyers.com
Email: silg@employment-lawyers.com

Attorneys for Plaintiff PAULA DONALD

MARK POSARD   (SBN: 208790)
mposard@gordonrees.com
MOLLIE BURKS  (SBN: 222112)
mburks@gordonrees.com
SARA A. MOORE  (SBN: 294255)
smoore@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
XANITOS, INC.

Attorneys for Defendant XANITOS, INC.
and KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA DONALD, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>XANITOS, INC., a Delaware corporation, KAISER FOUNDATION HOSPITALS, a California corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:14-cv-05416-WHO<br><br>PUTATIVE CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER TO VACATE PRETRIAL DEADLINES** |

1  Pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern
2  District of California, the Parties to the above entitled action, Plaintiff PAULA DONALD
3  ("Plaintiff,"), Defendant XANITOS, INC. ("Xanitos"), and Defendant KAISER FOUNDATION
4  HOSPITALS ("Kaiser") (collectively referred to as the "Parties"), by and through their
5  undersigned counsel, enter into the following Stipulation:
6      WHEREAS on April 19, 2016, the parties mediated before respected neutral Mark Rudy;
7      WHEREAS the parties successfully reached an agreement to resolve all claims in the
8  above-entitled action;
9      WHEREAS a Memorandum of Understanding, outlining the material terms has been
10  executed by all parties;
11      WHEREAS since the April 19, 2016 meditation, the parties have diligently continued
12  negotiations, and recently reached agreement as to all of the final terms of full Settlement
13  Agreement and Release of Claims;
14      WHEREAS on July 11, 2016, the Parties exchanged a draft Motion for Preliminary
15  Approval;
16      WHEREAS Plaintiff intends to file her Motion for Preliminary Approval within two (2)
17  weeks and by July 26, 2016;
18      WHEREAS the Court's October 21, 2015 Order scheduled various deadlines related to
19  certification including a hearing on August 31, 2016 at 2:00 p.m. regarding Plaintiff's Motion for
20  Class Certification;
21      WHEREAS, the Parties agree it would be appropriate to vacate the deadlines for
22  Plaintiff's Motion for Class Certification, Defendant's Response to a Motion for Class
23  Certification and Plaintiff's Reply thereto, pending approval of the Settlement;
24      WHEREAS the Parties request to maintain the hearing currently scheduled for August
25  31, 2016 at 2:00 p.m. for purposes of the Motion for Preliminary Approval that will be filed by
26  July 26, 2016;
27      NOW THEREFORE, the Parties agree and stipulate to vacate all deadlines related to
28  certification, pending approval of the Settlement. Such deadlines include the deadlines for

- 1 -

Joint Stip. and ORDER To Vacate Pretrial Deadlines
*Donald v. Xanitos, Inc. et al.*

Plaintiff's Motion for Class Certification, Defendant's Response to a Motion for Class Certification and Plaintiff's Reply thereto. These dates will be reset in the event the Settlement is not approved. The hearing currently scheduled for August 31, 2016 at 2:00 p.m. will be maintained for purposes of the Motion for Preliminary Approval that will be filed by July 26, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 14, 2016

GORDON REES LLP

/s/ Sara A. Moore

By _____

Sara A. Moore
Attorneys for Defendant
XANITOS, INC. AND KAISER FOUNDATION HOSPITALS, INC.

DATED: July 14, 2016

HOFFMAN EMPLOYMENT LAWYERS

/s/ Stephen Noel Ilg

BY _____

Michael Hoffman
Leonard Emma
Stephen Noel Ilg

Attorneys for Plaintiffs
PAULA DONALD *et al.*

### CONCURRENCE IN FILING

I, Stephen Noel Ilg, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory.

By:   /s/ *Stephen Noel Ilg*

Attorneys for Plaintiffs

PAULA DONALD *et al.*

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

All deadlines related to certification, pending approval of the Settlement are hereby vacated. Such deadlines include the deadlines for Plaintiff's Motion for Class Certification, Defendant's Response to a Motion for Class Certification and Plaintiff's Reply thereto. These dates will be reset in the event the Settlement is not approved. The hearing currently scheduled for August 31, 2016 at 2:00 p.m. will be maintained for purposes of the Motion for Preliminary Approval.

**IT IS SO ORDERED.**

Dated: July 16, 2016

_____
United States District Judge