1  GORDON & REES LLP
   MARK S. POSARD  (SBN: 208790)
2  mposard@gordonrees.com
   MOLLIE M. BURKS  (SBN: 222112)
3  mburks@gordonrees.com
   SARA A. MOORE  (SBN: 294255)
4  smoore@gordonrees.com
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 986-5900
6  Facsimile: (415) 986-8054

7  Attorneys for Defendants
   XANITOS, INC. AND
8  KAISER FOUNDATION HOSPITALS, INC.

9  HOFFMAN EMPLOYMENT LAWYERS, LLP
   MICHAEL HOFFMAN (SBN 154481)
10 mhoffman@employment-lawyers.com
   LEONARD EMMA (SBN 224483)
11 lemma@employment-lawyers.com
   STEPHEN NOEL ILG (SBN 275599)
12 silg@employment-lawyers.com
   580 California Street, Suite 1600
13 San Francisco, CA 94101
   Tel (415) 362-1111
14 Fax (415) 362-1112

15 Attorneys for Plaintiff
   PAULA DONALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA DONALD, on behalf of herself, all others similarly situated, and the general public<br><br>                        Plaintiff,<br><br>   vs.<br><br>XANITOS, INC., a Delaware corporation, KAISER FOUNDATION HOSPITALS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>                      Defendants. | CASE NO.  3:14-cv-05416 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL APPROVAL HEARING**<br><br>Date: March 29, 2017<br>Time: 2:00 p.m. |

The parties to the above-entitled action jointly submit this STIPULATION AND

[PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING, currently scheduled

-1-

1  for March 29, 2017 at 2:00 p.m.

2  WHEREAS on December 9, 2016, the Court granted Plaintiff's Motion for Preliminary
3  Approval of Class Action Settlement;

4  WHEREAS as part of the Court's December 9, 2016 Order, a Final Approval Hearing
5  was scheduled for March 29, 2017 at 2 p.m.;

6  WHEREAS based on the parties' agreement and the Court's December 9, 2016 Order,
7  any class member who wishes to not participate in the settlement may request exclusion from the
8  class by submitting a signed request within sixty (60) days following the date of the initial
9  mailing of the Settlement Notice Packet;

10  WHEREAS based on the parties' agreement and the Court's December 9, 2016 Order,
11  any class member who wishes to object to the proposed settlement must present written
12  objections to the Court within sixty (60) days following the date of the initial mailing of the
13  Settlement Notice Packet;

14  WHEREAS based on the sixty-day notice period, the deadline to mail the Settlement
15  Notice Packet was December 30, 2017;

16  WHEREAS given the holidays and that two separate payroll systems needed to be cross-
17  referenced, Defendant Xanitos, Inc. ("Xanitos") was unable to compile the class member data
18  necessary to complete the Settlement Notice Packets until January 5, 2017;

19  WHEREAS defense counsel then reviewed the data provided by Xanitos, determining
20  that there were some errors in the data and that additional work is required in order to complete
21  the Settlement Notice Packets;

22  WHEREAS defense counsel has been working diligently with Xanitos to provide
23  complete and accurate information;

24  WHEREAS the accuracy of data is essential to ensure proper allocation of the settlement
25  funds to class members;

26  WHEREAS defense counsel expects that complete and accurate data will be transmitted
27  to the claims administrator by no later than January 30, 2017;

28  Accordingly, the parties respectfully request a short continuance of the final fairness

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

hearing of approximately thirty (30) days to allow the Xanitos to complete the compilation of class member data, to mail the Settlement Notice Packet, and to permit class members to provide a response within the deadlines provided.

Pursuant to Local Rule 5-1, the filer of this document attests that concurrence in the filing of the same has been obtained from each of the other signatories.

Dated:  January 23, 2017         GORDON & REES LLP

By:   */s/ Mollie M. Burks*
Mark S. Posard
Mollie M. Burks
Sara A. Moore
Attorneys for Defendants
XANITOS, INC. and KAISER FOUNDATION HOSPITALS, INC.

Dated:  January 23, 2017         HOFFMAN EMPLOYMENT LAWYERS, LLP

By:   */s/ Leonard Emma*
Michael Hoffman
Leonard Emma
Stephen Noel Ilg
Attorneys for Plaintiff
PAULA DONALD

**ORDER**

Pursuant to the parties' Stipulation, and good causing appearing therefor, the Court hereby continues the March 29, 2017 Final Approval Hearing until April 26, 2017. All applicable deadlines are modified accordingly.

**IT IS SO ORDERED.**

Dated: January 24, 2017        
_____
The Honorable William Orrick